## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | September 7, 2018 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-4773 (RRM) |
| **NAME OF CASE(S):** | **RAMIREZ-VASQUEZ V. M&B PACKAGING, INC. ET AL.** |
| **FOR PLAINTIFF(S):** | Hassan |
| **FOR DEFENDANT(S):** | Gomez-Sanchez |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 3:11 - 3:28 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, Defendants' Motion to Compel [23] is granted in part and denied in part.

Plaintiff will produce outstanding discovery responses by September 21, 2018.  No sanctions will be imposed.

By September 21, 2018, Defendants will produce an affidavit by a person with knowledge regarding what happened to the time card records that Defendants assert are now missing.

The deadline for completion of fact discovery is extended to November 5, 2018.  The deadline for exchange of expert reports is extended to December 5, 2018.  The deadline for completion of expert depositions is extended to January 11, 2019.  The deadline for beginning dispositive motion practice is extended to February 11, 2019.